Sincerely,

Michael Ciro Milea

P.S   I can't stress enough how difficult it will be for this family to get through life without my uncle. I witnessed how much can change after ONE man is out of the picture, please don't let me witness how much can change with TWO men out of the picture. I cannot even imagine the devastation that may lie ahead for my family.

44

6 / 10 / 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District Of New York
500 Pearl Street, Room 1030
New York, New York 10007

Dear Judge Koeltl,
    My name is Carl Milea and I am William Masso's nephew. I am twenty two years old, currently working two jobs; one of my jobs I am a driver for Plaza Auto Leasing on Nostrand Avenue and Avenue N on Brooklyn, the other is an Internship where I am learning IT working with computers and telephones at Transcare Ambulet Co. Before my current occupations I had attended Dowling college in Oakdale NY for about a year, then I switched over to Kingsborough community college in Sheepshead Bay; at both colleges I had majored in Business Marketing.
    Your Honor for as long as I can remember my uncle Bill has been there for me through thick and thin. When ever I was down and out, it was my uncle that picked me up and told me how to keep moving in the right direction. Every one had their flaws your Honor, and God knows my uncle had made his share of mistakes, but I can truly say from the bottom of my heart that I have never in my live known a better example of a good descent man like my uncle Bill.
    Growing up I had spent a lot of time with my uncle bill and his wife my aunt Lenore, because they have always been the closest family since I moved to Mill Basin in Brooklyn when I was 6. Their eldest son Nicholas who is seven years younger than I has always looked up to me like a role model, and in many ways is like his father. Talia who is their oldest daughter is such a bright and beautiful young girl with a book always glued to her hands. Their youngest daughter Sophia is the light of our families world and the twinkle in my uncles eye; ever since the incident my uncle Bill has not been able to spend more than an hour away from his little girl.
    Your Honor my Uncle has spent most of his life dedicated to the 68th precinct rather than at home with us; it was tough because I can easily say he is my favorite uncle. I know what being a police officer means, a lot of devotion and hard work. My Uncle always reminded me how I should do good in school and become my own boss. After the incident, while my uncle is on house arrest I visit him a little more than usual, and its almost as if I can see right through him; the regret of the mistakes he has made and how he will be missing the light of his world, his family, for only you your Honor and God knows how long.
    Year after year your Honor people tell me how much I resemble my uncle Bill, and it never gets old. I have always been uncle Bills little buddy, we are like two peas in a pod. Every bit of advice my uncle has ever given me made me the kind, gentle, loving man I am today. After my father has passed about four years ago, my uncle has been there for me through the good times and the bad; he made it his job to make sure I walked the straight and narrow. If there is one thing in life I would try to avoid, its disappointing my uncle bill; making him proud makes me feel like superman.
    The night I was told of my uncles situation I was caught up at work, so I knew something was wrong but it was wrong but it wasn't until I got home that I learned if the bad news; I was devastated. Knowing my job requires me to be on the road most of the day my family thought it was best to wait until I came home to drop the bomb on me. When I found out I burst into tears screaming why, and what about Sophia. My mother held me close and told me everything would be OK like any mother should, but ever since my fathers passing four years ago my uncle was the only real father figure I had in my life; this situation crushed me.
    I will have to step up to the plate and be the man not only for my family, but for my uncle Bills as well. Anytime someone needed a favor, they would call upon my uncle Bill for help and he would be there no matter what; now its my time to be the "go to" guy that my uncle was and be the families

handy man. I want my uncle to be proud and live up to his expectations because I love and respect him so much. Your Honor make sure you don't keep my buddy and only father figure in my life from me for too long, because we need him more than you can ever imagine.

Sincerely,

Carl V. Milea

*Gregory T. Cerchione*
*Attorney at Law*

*New York, New York 10038*

June 14, 2012

HONORABLE JOHN G. KOELTL
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York  10007

Dear Honorable Justice Koeltl:

Please accept the following as an unconditional character reference with regard to William Masso.

I was admitted to the New York State Bar on January 15, 1986, and concentrate my practice in plaintiff's personal injury litigation. Additionally, I am admitted to the United States Eastern and Southern District Courts, The United States Court of Appeals for the Armed Forces and the Supreme Court of the United States of America. I am a member of the Supreme Court Appellate Division, Second Judicial Department, Office of Committees on Character and Fitness. I served as President of the Brooklyn Bar Association (2003-2004), President of the Catholic Lawyers Guild Diocese of Brooklyn (2002-2003) and President of the Columbian Lawyers Association of Brooklyn (1996-1997). I currently Chair the Brooklyn Bar Association Grievance Committee and serve as a member of the Brooklyn Bar Association Committee on the Judiciary. I am a member of the Board of Directors of the New York State Trial Lawyers Association, a Barrister to the American Inns of Court, and I am a member and fellow of the American Bar Association and a sustaining member and fellow of the New York State Bar Association.

I have personally known William Masso for approximately 35 years. I became acquainted with William when his family moved to Mill Basin Brooklyn in the early 1970's. I formed a friendship with his older sister, Hope Ann. Throughout the years William and I have socialized and interacted and enjoyed a friendship grounded in mutual respect and a commitment to family values. I have served as the Masso family lawyer and I am aware of William's voluntary guilty plea before this Honorable Court.

I have attended many family occasions including weddings, christenings, graduations and social gatherings. William always comports himself with dignity, class and good humor. He has a friendly, charming and outgoing personality and is a respected leader in our social circle. My three children refer to William as "Officer Billy" as he is known to vigilantly monitor their and the neighborhood children and young adult's safety and well being in the Community.

I also have had the opportunity to observe William's strong work ethic and industriousness. Throughout the years he has assisted me in home repair, maintenance and painting projects. He is a skillful painter and his work product is excellent and of professional grade.

The true measure of his personality, however, was evidenced when his sister's beloved husband and one of my closest personal friends, Carl Milea, passed away after a long battle with cancer. Throughout this devastating ordeal, I observed William take full charge of his sister's family and help to guide, console and comfort his sister, niece and nephews. His commitment to family has proven to be continuing and unwavering and I value and respect our friendship.

Respectfully Submitted,

Gregory T. Cerchione, Esq.

48

Dear Honorable John G. Koeltl,

      I am William Masso's daughter. My name is S___ M___ and I am 9 years old. Ever since I was born my dad treated me like every dad should treat ther littlest daugter. I love my dad more than anyone thinks. My dad treats people with respect. He'd never hurt a soul. I always kiss him and tell him I love him. He always kisses me and tells me he loves me. No one will understand how much I love my father. My dad shows me movies that end up to be my favorite movies like Edward Scissorhands, Bonden Meet Joe Black, Mighty Joe Young, Green Mile, and City of Angles. I love spending time with my dad and whenever I'm not with him he knows he'll always be in my heart. My dad brings joy to me and makes me feel special each and every day. Him and I are like the animal lovers. We love every single animal there is. We both have the same favorite dog (a Golden retriever) and we both _____ ____ ___. If I could I would spend all day and every day with him but I have to go to school and he has _____. We watch historical _____ __ _____ shows together. He's a kind and wonderful man and sometimes when I'm _____ together I go to help his _____ because I love him so _____. He's everything a little girl wants in a father. I wouldn't let anyone take him away from me. He takes care of me like every _____ should take care of his daughter. If something was ever going to happen to me he would save me. He wouldn't let anything happen to me. Even though these _____ ___ _____ to ____ he stands as the same perfect dad. I don't want anything to happen to ___. I don't even want him to leave me and my family. Each day we have our laughs and smiles together. I believe that my father is the best father ever. I love my father and he loves me. My dad is kind, loving, _____ _____ and the people who don't have their needs. Like this man who ____ ____ ___ _____ lives under a bridge. My dad always visited that man and gave his sandwich



and Hot chocolate. My father is the kindest man on earth and everyone should treat him like he is. He is one of the best person that is in my life

49

Sincerely,



*Mitchell E. Lipton, M.D., F.A.C.C.*

June 6, 2012

To Whom It May Concern:

**RE:  Vera Masso**

The above is an 81 year old insulin dependent diabetic who also has coronary artery disease, status post coronary artery bypass surgery on 10/24/08.  She is also hypertensive with severe venous and arterial peripheral vascular disease and hyperlipidemia.

She has arthritis in her lower extremities which adversely affects her gait.  She is on multiple medications including: Plavix 75mg, Metoprolol 25mg, Prilosec 20mg, Ambien 10mg, Lasix 40mg Diovan 160mg, Livalo 2mg and insulin.

Sincerely,

Mitchell Lipton, MD
mjc

BROOKLYN, NY 11234



## School of Medicine
### Department of Neurosurgery

**Dimitris G. Placantonakis, MD, PhD**
Assistant Professor of Neurosurgery
Director, Neurosurgical Laboratory for Stem Cell Research

May 30, 2012

Re: Ciro Masso

To whom it may concern:

Mr. Ciro Masso is an 81 year-old gentleman who has been under my care since February 2012. On February 28, 2012 he underwent a neurosurgical procedure for resection of a brain tumor. More recently, he has suffered from back and hip pain. These issues require the attention of his family on a daily basis.

Please do not hesitate to call me should you have any further questions.

Sincerely,

Dimitris Placantonakis, M.D., Ph.D.

N York, NY 10016