To the honorable Judge John G. Koeltl,

My name is Frank Masso. Billy Masso is my brother. I am writing this letter in connection to the sentencing regarding the guilty plea that was entered by my brother. There is no doubt in my mind that he is and always will be an honorable man of good character. I am not just saying this because he is my brother but because it is the Gods honest truth. My Brother is a good man. He is a good father and husband. I have seen him many times work 18 hours and come home and still spend time with his children. He loves them so much and they adore him. Doing homework, going to school plays, playing baseball with his kids was never an issue after working so many hours. He always makes time for them. This ordeal is breaking their hearts. Billy is also the best brother and son anyone can ask for. He is always there for me and my parents. We all count on him so very much. Now that my parents are getting older we all chip in to help them as much as we can but they depend on Billy the most because he is so very handy. He is also the best friend anyone can ask for. Ever since we were children he has been the hero and protector of the small and weak. My self being one of them. I was small and weak as a child, even though I was the older brother. I was severely bullied. My brother always took care of me. When I was having a hard time learning to ride a bike and all the other kids were laughing at me he was the one who comforted me. He then made sure they never laughed at me again by pointing out the facts that everyone has trouble with something at one time or another. And instead of making fun of them we should help them. If we all did that then maybe someday someone will do the same for us. I will never forget that. It sounded so grownup coming from a child. It was not that he always protected me and any of the other kids that needed help but he did it in such a diplomatic way. Never with violence. He was always the one who showed the bad kids what not to do. I can remember one time when a bunch of the neighbor kids were planning to rob the old lady who ran the local candy store. A bunch of troublesome 10 year olds. They were planning on filling their pockets with candy and running out. Billy talked them out of it by telling them how awful jail would be. He once stopped a bunch of kids from setting fire to a two week old kitten and then drowning it in the sewer. Children can be so cruel. He was always doing things like that. He loves animals. He drives his poor wife crazy by always bring home strays. But he always found homes for them. Good homes. All he ever wanted to do was help...people, animals...it did not matter  That is what led him to a career in law enforcement. When he was a child his heroes were superman and batman and almost any superhero he could read about. That's the way I see him. That's the way anyone who loves him sees him. As a hero. I could not believe all of the horrible things that were said about him in the press. My first thought was that they were talking about someone else. That was not the man I knew my entire life. As he grew up Billy was always someone you could count on. He was always doing good and thoughtful things even for perfect strangers. I have never know someone who is loved by so many different people. Especially his wife and children. I have not been lucky enough to be blessed with children of my own but I have to say I am so enjoying my brother raising his. He is doing everything with them that we always talked about as children. Showing them funny old Jerry Lewis movies, old bugs bunny cartoons and all of the original little rascals short films. We always said when we were kids if we grew up to have kids of our own this is

what we would do. Share the love and the laughter. But most important he is raising them to be good and honest. Thoughtful and caring. He is teaching them that kindness matters. My mom use to tell us all the time "Be kind to others and you will always be loved" That is the one thing that I envy the most about him. His ability to show everyone he knows how important it is to be kind. Dear sir I have been blessed with an overabundance of friends and family and I can say that I have never known anyone who is loved and trusted as much as my brother is. Thank you so very much for any consideration and kindness that you may show towards my Brother.

Sincerely yours,
Frank Masso

June 10th, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Dear Judge Koeltl:

  I am writing on behalf of my cousin William Masso. My name is Lisa Ferrante and I am a restaurant manager in Bay Ridge, Brooklyn and have been married for 5 years.

  William and I come from a very large family. We have many cousins spread out all over the United States. Although I have such a large family William is the only cousin I speak to on a regular basis. He knows that I work in Bay Ridge and get out of work late and would call once a week to make sure I am alright. He is the only one out of my 52 first cousins that really worries and cares for all of his family members. No matter what time it is and I call him he will answer the phone right away to make sure I am alright. The way William cares about his family is the way he cares about his friends, co-workers and his community. William was always there for anyone who needed him. He put his life on the line everyday for this city and loved his job very much. I know he is suffering very badly the past few months and wishes he could change the bad decisions that he made. I hope you can see that he is paying for these mistakes everyday just by not being able to return to the career he loved so much. William was the cop that cared for 17 years, please let him get home to his family as quickly as possible.


Thank you,

Lisa Ferrante


Staten Island, NY 10305

# Honorable John G. Koeltl, United States District Judge

United States Courthouse, South District of New York

500 Pearl Street Room 1030, New York, NY 10007

I am writing this letter in connection with William Masso's sentencing regarding his guilty plea. My name is Theresa Masso-Einhorn and I am Mr. Masso's aunt, the sister of his father. I have known William since his birth and have watched him grow up into a normal, loving adult who has been married to his wife Lenore for about 16 years, both residing in Brooklyn with their 3 bright, well-behaved and loving children. William Masso has always been a devoted husband, father, son, and uncle to his close knit family members, who all love and respect him without reservation. He is also well known, respected and liked by many neighbors and friends in his community, both as a caring citizen and as a hard working NYPD police officer, serving in that capacity for 18 years. I know William Masso as a person of good character who cares deeply about his friends, family and neighbors and has always had a kind, generous disposition towards everyone he knew.

This unfortunate circumstance, to which William has pleaded guilty to, I believe to be a one time aberration in his otherwise exemplary life as a devoted and loyal family member and police officer.

I pray that his lifetime of good character and behavior will be factored into your sentencing decision.

Respectfully,

Theresa Masso- Einhorn

*Theresa Masso-Einhorn* (signature)

①

S.I., N.Y. 10301
June 10, 2012

Honorable J. G. Koeltl
U.S. District Judge
U.S. Courthouse
Southern District of N.Y
500 Pearl Street, Rm. 1030
New York, New York 10007

Dear Sir:

I am writing this letter on behalf of William Masso who is married to my cousin, Lenore. I will primarily give you information about my own background and experience. I was a N.Y.C. school teacher and acting principal for 37 years. I actually am, though retired, presently still teaching in the N.Y.C. Public School System as a "substitute teacher." My main interest and concern has always been with children and making sure that they have all the necessary means available to them for a successful, happy and healthy future.

Billy has always been a fine, outstanding character who enjoyed

(2)

his position as a police officer and wore his badge proudly. He always displayed a sincere concern for others whether he was dealing with the very young or elderly. He was always attentive, caring and extremely kind to everyone who crossed his path. He never hesitated to offer a helping hand to family members, friends and all people in the community. He has been quite active in giving support to my aunt, his mother-in-law, who is presently ill with cancer. Billy is, also, very supportive to his immediate family, wife and three children, who have always been a priority in his life.

I know about his recent issue and tragic circumstances which he has presently encountered. I was surprised and bewildered by the awful situation that presently has fallen on him. I know that poor judgement caused him to make horrible decisions. However, this is certainly not the norm for Billy. This situation is extremely unusual behavior for his character and attitude.

(3)

I have only known him to make good solid decisions which affect his life and family life in a clear and positive manner. He prided himself on being a role model for others, but especially for his own children. He had conversations and discussions with his children about all issues in their lives. He showed a great deal of interest in helping develop their characters. Though I am shocked at his poor choice of activity I once again admire his determination to accept the consequences for his disturbing actions.

Both Billy and his wife raise their children in a simple but exceptionally loving environment where education, hard work and caring about each other are important ingredients for a good life. He will be missed by his family and friends during his unfortunate absence. The circumstances that occurred are not the norm that guide Billy's living abilities, but these unfortunate decisions that he made are unusual to his way of living.

I am glad to be able to share these personal thoughts with you, in order that you can fully understand Billy's character as I see him. Thank you in advance for reading this letter. Sincerely,

Frances Peraino

Frank Logozo

Brooklyn, New York 11229

June 13, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Dear Judge Koeltl:

I, Frank Logozo, residing at           Brooklyn, New York, am the brother-in-law of William Masso.

I have known William Masso for approximately 30 years. I have found William to always be helpful, kind, and considerate. He has always been there for our family. Anytime, I needed assistance in setting up my Christmas displays, I was able to contact William to come help me.

I remember not too long ago, calling William to help me carry a sofa out in order to make room for the new furniture being delivered. He came over as soon as he could to help lift this furniture and move it to the trash. William is always willing to help.

William has also proven to be and excellent, caring, loving and reliable father to my two beautiful nieces and wonderful nephew. I have witnessed his kindness and patience with his children on numerous occasions.

Thank you for your kind consideration.

Respectfully,

*Frank Logozo*

Frank Logozo

Jeannine Logozo-Nichols

Nutley, NJ 07110

June 13, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Dear Judge Koeltl:

My name is Jeannine Logozo-Nichols, residing at              Nutley, New Jersey. I am currently employed as a Preschool teacher in a private nursery school. I am the sister-in-law of William Masso.

I have known William Masso for approximately 30 years. He has always treated me with the utmost respect. He has proven to be a very caring, considerate and reliable individual time and time again. He has always been a good hearted individual, willing to help out in any way that he can. Family always comes first to William Masso.

William is an excellent father to his three wonderful children and has always been there for them. His relationship with his children is very strong and loving.

Further, he has been a good and loving uncle to my two children as well. Always taking the time to listen and talk to them.

I do hope that you will take William's attributes into consideration. Should you have any further questions, please do not hesitate to contact me.

Respectfully,

*Jeannine Logozo-Nichols*

Jeannine Logozo-Nichols

# Michael S. Reinhardt & Associates Attorneys at Law

Jon B. Kosches, Esq.                                                                   Brooklyn, New York 11229

May 29, 2012

Honorable John G. Koeltl
United States District Jusge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Honorable John G. Koeltl:

My name is Michael S. Reinhardt, a practicing New York attorney since 1987.

I have known William Masso as a friend since high school.

While I am aware of Williams' guilty plea, I am writing to express some points on the William that I knew which shows why this is truly an aberration of his intrinsic character.

As a son, he took care of his parents as any parent would desire. Daily visits were a must for him. He stayed very much a part of their lives, while juggling his own family responsibilities.

As a husband and father, he struggled to try to accomplish what every father and husband want for his family. A secure and loving home environment. Not just coming home, but rather being a part of their lives.

William portrayed all of the Robert Young "Father Knows Best" qualities that all fathers strive to achieve. I remember coaching with William on T-Ball teams. I remember going to Disney World with William and his family during a Girl Scout trip. He exemplified all of the characteristics of a caring father, who loved being a husband and father.

As adults, we can too easily demonize William, and write him off forgetting all of his positive character traits. As a member of the Bar, I am completely disgusted by the details of his purported actions. However, the one thing I remember looking back at those first few hours of the story breaking, is my children, asking, " Hey Dad, did you hear what they are saying about Nicholas and Talias' father. They must have him mixed up. Right Dad? It can't be him, is it Dad?" That conversation with my kids reminded me that I had to be sensitive in what I said about William (Billy).

Ironically, I had less difficulty with this discussion than I would have thought. I explained that if true, he made some very bad choices, and he should be punished. The balance of that conversation talked about the Billy that the children knew. We as adults have more difficulty than children in finding the scintilla of goodness that exists in all of us.

It is respectfully requested that your Honor understand that it was difficult for me to even consider writing on Williams behalf, however I do believe that William is capable of living the life that the children respected.

Thank you for your consideration in this matter.

Very truly yours,

Michael S. Reinhardt, Esq.

June 03rd, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street   Room 1030
New York, New York 10007

Dear Honorable Koeltl:

The Masso family has been in my life since my early childhood, they are a second family to me. my very best friend is Hope Masso Milea. William Masso (as I know him Billy) is Hope's brother.

Billy was always a good friend to me growing up, I remember him as a typical boy and growing into a respectful and caring man. He is a good son and brother; my relationship with Billy is based on friendship. The kind that grows from early childhood, you don't have to see someone everyday but you know that they are there when you need them

I have a son named Michael he is 22 years old Michael has asperbergers syndrome. Billy has tried to help Michael cope with his illness. There have been times Michael has gotten himself in trouble and Billy was there for him trying to lead him in the right direction. When my mother passed away, Billy was there to help me move and fix the house up so Michael and I could move in. Two years ago I had open heart surgery and there was Billy helping me at whenever I needed it.

I can write story after story about Billy, telling you how wonderful he is. I am sure you will also read other letters stating Billy's good character and qualities.

Billy married Lenore and they have 3 children. He is an exceptional husband and father. He has created a home environment of respect, communication, accountability and most of all love

The bottom line here is that Billy is guilty of an error in judgment and we have all been guilty of this one time or another. Some errors are minor others are horrific with terrible consequences. Are we all to be defined only by that error or the person we really are.


Respectfully

*Lucille Campo*
Lucille Campo

Nicholas Cetta

Dix Hills, N.Y.   11746

May 25, 2012

Honorable John G. Koeltl
United States District Judge
United States Court House.

Dear Judge Koeltl,

My Name is Nicholas Cetta, former co-worker and long-time (since childhood) friend of William Masso.
I am currently the President and co-owner of a successful Electrical Supplies Outlet in Brooklyn, New York. I have been in this Industry for over thirty two (years), starting as a "helper" I grew to love the business, made every effort to learn and advance as well as I could, and have not looked back since.

William (affectionately called Billy) and I worked together in the 1980's, for one such facility, and it was during that time that I realized how devoted, conscientious and dedicated William was - to work, his family and friends.  He was the greatest person to work with – helpful, encouraging, and supportive, not to mention his avid sense of humor and great personality.
We were most times assigned to take care of the lighting showroom, which for me was a very technical and tedious task.  With limited or no experience, I would seek out William to show me or walk me through a set up for wiring, assembly or any other such task.  Even though he had as much to do, he would always take the time out to help me. Sometimes he would forego his lunch hour or breaks just to help me out, and he never complained or made me feel inadequate or incompetent.
William would always encourage me to learn as much as I could at the job. He actually helped me to realize the importance of a chosen career – in my case – doing something that (I grew to) love, and making a livelihood from it. It was during this time that I realized that Billy was not only my friend, but had become my mentor for work and even my relationships.

I think that when William decided to leave the electrical industry and follow his own career path, was when I realized that we had both grown up, and would be going on to our own challenges in life. It was no surprise that y friend would choose to pursue a very admirable career path himself.

Your Honor, I could go on and on about William's good qualities, but with regard for your time and with all due respect, I value and appreciate your good judgment. On behalf of my family and his, I hereby appeal to you for leniency and consideration in making a judgment on my friend's demise. My greatest hope for William is for him to be home where he has structure and support, and given the chance, to become more of that good person that he strives to be – caring, kind, considerate and resourceful.

Judge Koeltl, I thank you and the courts for your consideration, and hope for the best for my friend,
William Masso.

Sincerely,

Nicholas Cetta.

Lisa Russo

Howard Beach, NY 11414

May 20, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Dear Judge Koeltl,

My Names is Lisa Russo and I am a married, 48 year old mother of three. I am writing to you on behalf of William Masso and I understand fully his situation and his plea of guilty. Growing up across the street from each other, I have known William for close to 40 years and have gone through grade school, high school and some college together. He was best friends with both of my brothers and has whole-heartedly helped my parents and me out in countless ways through the years.

My family has gone through much heartache over the years and William was the first one there to help my family through it. About 25 years ago, during a time when my older brother, Michael, was taking drugs and would go missing, William was the one searching for him and wouldn't stop until he found my brother and got him help. This has happened on more than one occasion, and sadly with both of my brothers. Being one of my Michael's best friends, William was always there for him, even in the end. Seventeen years ago, Michael was in a car accident on the Belt Parkway. He died a week later in the hospital at 32 years old. William was there at that hospital every day, helping me and my family get through what was then the hardest time of our lives. That was June 2, 1995. About two weeks later, Father's Day, I will never forget, William gave my father a Fig tree. To this day my father takes care of that tree bringing it in in the winter and back out in the spring. This is just another example of the kind hearted, caring and giving person William was and still is.

Then again, fifteen years later, my younger brother, Robert, got sick and died suddenly. Again, William found himself consoling and comforting my family and me. I lost another brother and William lost another friend. William was a pallbearer for both my brothers. He was there for me through the hardest times in my life and I know he will always be there for me in the future. William is like a brother to me.

When word got out about William's situation, all I and everyone that knew him growing up could think was, oh my god, not William, he could never be involved in something like this. Not William, the one that wanted to be an actor. This was not his nature. Regardless of what William has done today, growing up, he would have been the last one to get involved in anything that was a little shady and illegal. This is probably what drew him to become a police officer. William was the one you can always count on for help or a favor of any kind, which is what he has done for my family time and time again in helping both my brothers get through difficult times.

In closing, I want to say no matter what William is guilty of today, I believe he is truly an ethical person that is devoted to his family and friends and will go to all ends to help someone in need.

Sincerely,

*Lisa Russo*

Lisa Russo