March 30, 2012.
To the Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York

Dear Sir,

    I have the good fortune of being a dear friend of William Masso for over ten years. Not many people would sacrifice their time and energy to help out a good friend and their family. When my father's health was failing, I never had to ask him twice for his assistance. He was always ready, willing and able to make life bearable for me. Billy has a wife and three beautiful kids, who are his life. He dedicates all of his time and energy to being a near perfect father and husband. It is nice to know that even with this being a full-time job, he still finds the time to help out his friends. I live in Bay Ridge, which is the precinct that William worked in. I had the opportunity a few times to actually see William at work as a police officer. I remember a time when I stopped off at a convenience store late at night and saw him handle a situation in which this crazy man was cursing and throwing things around the store. While the other police officers wanted to grab him and arrest him, William was able to talk to him like a human being and settle down the situation in a way that amazed me. The man who was definitely a little crazy walked out of that store saying how sorry he was and shaking everyone's hand and told officer Masso God bless you and your family. He wished there were more cops out there like him. It not only touched my heart but I saw how a man like William could talk with someone like that and make something that could have gotten way out of hand into something that was settled with kind words of advice.

    Another time I saw him was coming home from work on

86 street and Fort Hamilton parkway. There had been a car accident and someone had hit three old women crossing the street. Billy was there on his hands and knees in the rain and in the middle of the street holding one of the women's hand, she was bleeding and crying and in a lot of pain. Billy took off his jacket and put it over her and held her hand telling her everything was going to be ok and that he would stay with her all the way to the hospital, tears in his eyes. The emotion he displayed in front of all of those people was too much for me to see, myself. I don't know what ever happened to that women but I know that one of her friends died on the street as Billy road off in an ambulance with the other one. Over the years living in Bay Ridge I would run into people who knew of Billy as a police officer and the conversation would almost always end with; "He's a great guy" or "Now that's what a police officer should be like" and "I am proud to know him."

    I know Billy has his faults and like everyone else, has made mistakes. In my 35 years I've made some errors in judgment myself but I've learned from them. I find it commendable that throughout life's struggles William has evolved into a hardworking, caring young man who I am proud to call my friend.

    My family and everyone who knows William, knows that whenever there is a crisis among us, Billy is available to help 24 hours a day. If sharing my admiration for Billy will help him in any way possible, I would consider it a great service to his family and his community.

                                                   Sincerely,

                                                   Violet Stern

May 18, 2012

For the attention and consideration of:

**His Honor John G. Koeltl**
**United States District judge.**

Re:     William Masso:

Your Honor, my name is Carolann Cetta, friend since childhood to William Masso, fondly known as Billy.
I have known William and his family for 46 years, since they moved to my block when he was just two years old! William is one of four siblings, but we all became very good friends since childhood. I grew up sharing a bond with this family. As a matter of fact, my best friend to this day is William's sister – Hope.  His parents were like my own – they helped to shape my outlook on life, steered me in the direction of accomplishment, achievement and success, and showed me the meaning of values, choices, morals and respect.

William was exposed to this same kind of nurturing and care. I have known him to be a good person, as a child and as an adult. He is always concerned about his family and friends, and has always been so protective of his Mom and his sister.
He is always offering encouragement and support to everyone around him, my own kids included – whether it's pertaining to school and education, health and well-being, sibling rivalry, or just day to day concerns. He is the kind of person who would drop whatever he's doing to go help a friend, a relative, a neighbor. I have seen him so disappointed whenever he could not offer the kind of help or sense of presence to his loved ones.

William became someone that I looked to for advice, conversation, information, and even a good laugh. More than that, I grew to respect William as an individual that has so many great qualities – his love and passion for his family, loyalty to his friends, his honorable career choice and his overall zest for life .

Your Honor, thank you for your time and consideration. We are hopeful that your resolve will be amicable.

With respect,

*Carolann Cetta*
Carolann Cetta.

Valley Stream,   NY   11581

Vladislav Fedorovsky
June 13, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Honorable John G. Koeltl,

I have known William Masso for about ten years. This man has been nothing but very helpful to me and my family. He has been a long time family friend. I know how difficult his job is. He has done so much good for our community in Bay Ridge Brooklyn. It has become a better place while he was active. If anything I will say he is the one who actually cared about what was going on in the community. This man deserves better. William Masso would not jeopardize what he worked for all his life for what he has been accused of.

He always steered me in my younger years the right. I wanted to join the NYPD when I was in my early twenties. I spoke to him about it and he talked me out of it. William never told me to do anything that would hurt me in the future. He said to me that he believes I could do so much better in a career choice. Thanks to him, I am currently practicing radiology in Suny Downstate Univeristy. I made the choice with his help to better myself in a career. I consider that as being a true friend. Every time I saw him he always asked about me and about my family. He showed his concern to my wife and daughter. He always told me that I could rely on to him for help. William Masso never turned away from giving me good advice. I grew up without a father and if anything I would sometimes look up to William as a father figure to me.

William Masso took great pride at what he did. He served the people with lots of care. He was very considerate about others. I know he worked beyond the hours that are required. I remember seeing

him outside the 68th precinct way passed his shift hours. This shows to me dedication. A man that is not afraid to challenge himself for the good of the community.

After hearing what happened on the news and speaking with him, I strongly doubt that any of these allegations are true against William Masso. Since I live in Bay Ridge and he worked in the 68th precinct, I was able to meet him several times while he was on duty. If he had any time to talk to me he would, otherwise the man held his responsibilities very well. I have been living in Bay Ridge since I was fourteen years old, and I have encountered different types of officers that work in the area. No one has shown more concern than William Masso about what was going. He was always in the know about what is going on in Bay Ridge.

Besides his work character, William Masso was very friendly to the people in the community. He always smiled while being on duty. He always reached out to help to anyone who needed it or not. Outside the precinct William Masso was a fun man. We had lunch plenty of times together. He was at some of my family gatherings. He couldn't attend all of them which is completely understanding since he worked nights and had to attend his own family.

I can not say anything bad about this man only because I have not seen it in his personality. I know it is a horrible event that happened to him. I hope your Honor can see just a quarter of his great personality and the truth about this whole situation. Bad things happen to good people but there has to be some form of justice behind all this. I will lose a lot if I lose this person in my life. If there is one person I can always turn to for it would be him.

Sincerely Yours,

RONALD EDWARD SPEAR
Notary Public, State of New York
No. 01SP4814870
Qualified in Richmond County
Commission Expires 11/30/20__

Elia Sandoval

Brooklyn NY 11234

June 19, 2012

Honorable John G. Koeltl
United States District Judge
United State Court House
Southern District of New York
500 Pearl st Room 1030
New Yor, NY, 10007

Dear Judge Koeltl,

    My name is Elia Sandoval and I am from Honduras. I came to this country in 1995. I am working as a Hairstylist at David James Salon and Spa for 10 years now.

    I am living here for seventeen years. I have known the Masso family for twelve years. They have been my only support and inspiration in my life since the age of 17½.

    I was living with my father whom was extremely abbusive towards me. I knew at the time I needed to leavy my house. My aunt who knew Hope Milea (William Masso sister) asked Hoped if I could come live with her to help her with her four children.

My aunt was not able to support me because she had her own children and not enough room in her apartment for me.

Hope was kind enough to take me in her home and I have been living with her ever since. This is how I became to know the Masso family.

Since the beginning, Billy has always been there for me in every way possible, He has been like a father figure to me.

William Masso is one of the nicest people I ever met. He helped me everytime I needed help, weather picking me late at night when I was outl or taking me doctors when I was sick. I didn't speak very good English so Billy was my translator, for as long as I know Billy I remember him always being there to help his family and friends

It was more evident that Billy become a father figure to all of us when his sister's (Hope) husband was passing.

Billy made it his business to come by every day to check on his sister and his niece and nephews. He would bring over food and take them wherever they needed to go. I Remember him always talking to them to try to make them feel better about their father Passing away. Even though Billy has a wife and three children of his own he took on the role of being a father figure for everyone, and for loving, caring and a great man.

I know your Honor tha Billy has pleed guilty of these charges against him. I don't know how his family is going to survive emotionally, financially and not having Billy as a rock to lean on in our every day lives, especially his children who are finding this situation very difficult to handel because they are so young and such a close family.

I know your Honor its your job to do the sentencing but please keep in mind all the people that will suffer by Billy not being here.

Your Honor if you could please go light on his sentencing it would really benefit his whole family. I am so worried about his family, his Parents and his sister family.

Sincerely,
Elia Sandoval

*Elia Sandoval*

June 18 2012

Mr. John G. Koeltl, Esquire
500 Pearl St-Rm 1030
New York, NY 10007

Dear Mr. Koeltl

It is about 48 years since William (Billy) Masso entered into the lives of the Masso family and to all of us who are acquainted with that family. I have known the Masso family for 65 years and later on my wife Frances and I became acquainted with Vera, Ciro's wife and their children, Billy, Hope Ann and Michael. We were practically neighbors, living one block from each other in Brooklyn and so we were in constant reach of one another, interacting with their children as well.

Though our places of residence are further apart, we remain in regular communications with one another. Naturally the topic of discussion is our families and children, their progress in life and their well being. We remember Billy in his early years and the fine qualities he displayed as a person with the prospects of a fine and positive future. We always admired his respect, his gentleness and his care to help others. Naturally when misfortune enters into and disrupts the life of an entire family, Billy's in this case, we are all stunned, saddened and hurt as well.

True we have not been in contact with Billy in a while, but we know of his admirable upbringing, the positive path he has taken in life, his utmost care and compassion for people and his dedication to his family.

So as good friends we appeal to those who will determine Billy's future to please take into account all of these fine and positive attributes.

Thank You for your consideration

Sincerely

*Mauro N. Fanelli*

Mauro N. Fanelli


Annandale, NJ 08801

Robert Bencivenga                                              6/05/12

                                                    Honorable John G. Koeltl

Brooklyn, Ny, 11234                                 United States District Judge

                                                    United States Court House

                                                    Southern District of New York

                                                    500 Pearl St. Room 1030

                                                    New York, N.Y 10007

Dear Judge Koeltl,

    My name is Robert Bencivenga and I am a student currently attending Kingsborough Community College. I am writing this letter on the behalf of William Masso, in sincere hopes that, in some small way, it might help his case, and get him home to his family as soon as possible. In that way I am not only writing on his behalf, but his family as well. I've been a close family friend of the Masso's for many years and I am honored to have this opportunity to help.

    I will not waste your time by concentrating on the facts of the case, because that is information that you already have. I intend to shed light on the other side of Billy Masso, and hopefully put into perspective how detrimental it would be to rip him from his family.

    Ive been around the Masso's as a family and individually on countless occasions, and without fail they've always managed to put a smile on my face. They are without question one of the happiest groups of people I know, and the biggest reason for that is how close they are as a family. The amount of love in that household should be regarded as an inspiration, and is a direct testament to the character of Billy Masso. I am in no way condoning his actions, but to remove a man who has been nothing but a loving and providing husband and father from his family, would in my opinion be a crime in and of itself. To put Billy in jail would do nothing but take away an integral piece of a perfectly balanced entity that is the Masso family. Billy may have made some mistakes, but does that justify punishing and innocent family for a lifetime?

                                                                Sincerely,

                                                                Robert Bencivenga

Hope Milea Masso

Brooklyn, Ny, 11234

6/05/12

Honorable John G. Koeltl

United States District Judge

United States Court House

Southern District of New York

500 Pearl St. Room 1030

New York, N.Y 10007

Dear Judge Koeltl,

    My name is Kyle Fitzpatrick and I am a student currently attending Brooklyn College. I have been a friend of the Masso family for some years. I have attended many family gatherings and holidays with William Masso and have never seen him to be anything else that a loving husband and a caring, attentive father. While I cannot speak towards his innocence of the crimes for which he is accused, I can certainly speak to the fact that he and his whole family are currently paying for these crimes.

    I have spent much time with his children Talia, Sophia and Nicholas and I can say with a full heart that they are highly imaginative with the interests and intelligence that are far beyond the years. To strip their father from their lives at this crucial point in their development would only serve to punish a completely innocent party. It is safe to say that the glowing personalities of his children are a direct reflection of his parenting.

    The Masso family has always been a jubilant group of people who have welcomed me into their house with the upmost warmth and hospitality countless times. And since they have fallen on to these dark times they have not gained any cynicism and remain hopeful that Billy will have the chance to continue being the amazing father to his children that he has always been for years to come. There is certainly something to say about a family that remains so close and so optimistic in the face of adversity. It is clear that the Masso family is a group that functions as a unit. To remove such a revered part of this unit would only serve to punish those who would be forced to cope with the void that would be left in his place. Please have mercy on those wonderful people. Thank you for your time and consideration.

                                                  Sincerely,

                                                  Kyle Fitzpatrick

Dear Judge Koeltl
Anthony Manieri

My name is Anthony Manieri. I am a current student at the College of Staten Island. I am writing this letter on behalf of William Masso. I've known Billy for over 10 years now. I am 20 years old. I am writing this letter in support to William the Father, husband, Uncle, and overall great person.

Growing up Billy has taught me a lot about respect, kindness, and caring for others. Our relationship has grown ever since. Since I was little I've watched Billy with his nieces and nephews and most of all with his children. He is looked up to in this household. Billy is loving and caring and most of all knows how to make someone see the brighter things in life. He has helped me learn the game of baseball, helped me study for college exams, and overall taught me how to present yourself and be a respectful human being.

When I was young Billy pitched little league baseball and really showed me the meaning of supporting others. This is why I am writing this letter because I support Billy no matter what he goes through. People deserve a second chance and you can't judge a man on one thing he does but everything he has achieved for others and most importantly himself.

Sincerely,
Anthony Manieri

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, N.Y. 10007

5/28/2012

Dear Honorable John G. Koeltl:

This letter is regarding William Masso and my personal experience with him. My name is Valerie Ali. I reside at 13 Bassett Avenue, in Brooklyn for five years. I have one son, Joseph Ali who is 21 years old. I currently work at Home Goods Co. as a Sales associate.

I have come to know William Masso (Billy) over the last five years, and have had personal contact with him, because of the fact that Hope Milea, his sister, resides next door to me, and we have a close friendship and children in the same age group. She also has sons my son's age.

The majority of time I have spent with Billy was at family functions, such as holidays, birthdays, barbeques and the like. I have spoken to him on a personal level many times. His interaction with his parents and siblings is always calm and respectful. The

interaction with his wife and children is equally calm, gentle and understanding. He adores his children and is very protective and nurturing. He has always shown a great deal of responsibility in meeting the needs of his entire family. I have never experienced him angry, loud, rude or obnoxious to anyone at anytime. I only know him to be a loving father and a stable member of his family, always maintaining a sort of "responsible" role, even in off duty casual settings as if its "his job at all times".

The persona I describe above is caused me to turn to him for personal and professional advice. I needed to serve court papers to my ex-husband, who resides under his precincts jurisdiction. He advised me to stay calm, and proceeded to make arrangements for those papers to be served in a calm rational manner. The papers were served successfully as Billy saw to it that the task was completely timely and properly done.

Shortly after I moved to 13 Bassett Avenue, Hope Miles's husband passed away. Hope's children were left without a father at young vulnerable ages ranging from 13-16. My first thought was "thank god they have Billy", as he took on his typical "responsible role" and was there for Hope during that time and thereafter.

On numerous occasions he would be embracing them, talking to them and supporting them in anything they may need. They could always rely on Billy, he was the "man" for Hope and her entire family.

On my personal experience with men, I am going to have to say Billy has one of the nicest dispositions I have ever known a man to have. I am not just writing this for judicial purposes, its truly how I feel. He has such a range of understanding, empathy and calmness. I always admired that most about him.

Inspite of the very serious deed that "Billy" did, he still remains in my memory as a very loving father and is worthy of forgiveness. He is not a threat to society and I do believe that no harm will ever come to anyone; as a matter of utmost importance he has had a sincere change of heart. He has expressed to me that he is thankful no one was injured by his hand and to forgive him and look at the other circumstances under which his judgement was so impaired.

Sincerly,
Valerie Ali

Brooklyn, N.Y. 11234