Michael Majorino

Brooklyn, NY 11234

Honorable John G. Koeltl

United States District Judge

United States Courthouse

Southern District of New York

500 Pearl Street, Room 1030

New York, New York 10007

Re: William Masso

    My name is Michael Majorino and I am a family friend of Mr. William Masso. I understand that the letter I am writing regarding Mr. William Masso's character and integrity are in connection with his sentencing and guilty plea.

    I currently work as a licensed real estate broker and own / operate an Independent Property and Casualty Insurance Brokerage. I have known Mr. William Masso for most of my life and have shared many holidays and good times with him. One of Billy's qualities that stand out most to me is that he loves his family very much and he was always a family man. He has a kind spirit and would always lend a hand if I needed help around the house. Overall I believe Billy is a good person. He was always a hardworking individual who put his family first.

Yours truly,

Michael Majorino



May 18, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

RE:  William Masso

Dear Honorable Koeltl,

I am writing this letter in regard to William Masso. I have known Mr. Masso for 40 years. My family and his family are close friends as well as neighbors. He is a devoted son, husband and brother to his family.

Billy has a wonderful wife and three young beautiful children that need him in their lives. Billy has demonstrated that he has always been there for his family including his parents and siblings. He has been very supportive as well as being very helpful when his mother was ill. He was always at her side. When his brother-in-law passed away at a young age, Billy was there to help his sister. He guided his niece and nephews and was there to support them emotionally when they lost their father.

Billy is very respectful and has always made friends easily. His children are well-mannered and polite. He has demonstrated to his children family values as well. His children are still young and still need those years of nurturing from him. I am concerned about the welfare of his young family at this time.

Your Honor, I am seeking the mercy of the Court when you decide Billy's sentence. I hope that you will reach deep within in making that decision and that you will see that Billy's family will benefit more with him actively in their lives.

Thank you.

Sincerely,

*Lisa Cirillo*

Lisa Cirillo
Administrative Assistant

Shrewsbury, NJ 07702

# Elena Mistretta Trotta
)klyn, NY 11234

May 29th 2012

Honorable John G Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Re: William Masso

Honorable John G Koeltl

    I'm writing this letter with the full knowledge that William Masso has pleaded guilty to the charges against him. I am a childhood friend and neighbor of William. William and his family grew up in the home next door from mine and as kids we were always in each other's homes whether for a Sunday meal or for some ones birthday our families were that close. William was always a good person a little bit of a comedian but good person. We were brought p in a catholic school environment from Kindergarten through High School I've watched William Grow from a little boy into a good man. William is a good father as well as a loving husband he's always had time for his children and his wife.

    William is also a wonderful son he was often by his mom and dad's house to help them with whatever they needed as they've gotten older and suffering with different illnesses he was always there to help. I remember when William finally became a police officer how proud he was and how proud his family was. William has always been there for his brothers and sister as they have suffered some unfortunate circumstances in the past ten years. His younger brother has suffered some personal issues in the past as well as losing his brother in law few years back to cancer at the age of 52 leaving behind 4 children for his sister raise alone.

    All I can say is William has been very dedicated to his family especially as of late and I know that he has pleaded guilty to the charges against him but I truly believe this to be so out of character for him that I was in shock when I heard the news. This is not the William Masso that I have grown up with and known since as far as I could remember, I know the morals and standards that his parents have instilled in him and that he possesses   and that I've seen him teaching his kids.

Sincerely

*Elena Trotta*

Elena Mistretta Trotta

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street - Room 1030
New York, New York 10007

Dear Judge Koeltl,

My name is Jane Clemenza. I am 47 years old, married, and a mother of two. I own a retail party supply store for 22 years. I now reside in New Jersey. I am writing on behalf of William Masso and I fully understand his plea of guilty.

I have known William for thirty-five years. We grew up together in Mill Basin, Brooklyn. We had the same friends and our families were friends as well. Remembering our younger years, William was always a very loyal and caring friend. He was the first person to help if there was a problem and he never had an unkind word to say about anyone. He is also a devoted son, he helped his parents all of the time, then and now. William has on older sister and brother who he is very close to, and a younger brother who he always watched over while growing up. Family was of the utmost importance to him. When William became a police officer, his friends and family were so proud of him. We all knew that he would do his best to protect and serve the people of the community.

There were so many events that come to mind when trying to describe Williams' character. Seventeen years ago, a dear friend of ours, Michael Scandore was in a terrible car accident. William was one of the first to arrive at the hospital, he sat with the family and provided much needed emotional support and love. Michael passed away. Michael was one of Williams' best friends. To this day, William honors his friend Michael by remaining a devoted friend to Michaels' parents and siblings. This is a comfort to the family and helps to keep his memory alive.

I just wanted to add that William is a devoted husband and father. He loves his family with all of his heart.

Thank you for taking the time to read my letter. I hope this letter gives a better understanding of the William that his friends and family know and love.

Sincerely,

Jane Clemenza

Lincroft, New Jersey 07738

May 21, 2012

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District Of New York
500 Pearl Street, Room 1030
New York, New York. 10007

Honorable Judge Koeltl,

My name is Tracy Comis. I am writing to you in regards to William Masso and his up coming sentencing. I have known William for about 20 years now. I met William through his sister Hope Milea who is my dear friend. William is a respectful hard working family man. William is also a very devoted loving son to his parents.

William would do some carpentry and painting jobs on the side to make extra money for his family and I can confirm that he has always been very dependable and always took pride in his work. William's son Nicholas and my son Ricky went to grammar school together and I can honestly say that he is a loving and devoted father to his children.

I have recently seen The Masso Family and I can see that William is very remorseful and would like to put this ordeal behind him. It breaks my heart to see his family so distressed. I can only hope that this letter will help put his children's worries to rest. Thank you!


Yours faithfully,

Tracy Comis

Honorable John G. Koelt,

I am writing this letter, because I am aware of William Masso's Guilty Plea. I am a friend of William Masso since the third grade at Saint Bernards School. I've known William Masso and been a close friend my whole life. William Masso was always there for me and my family as a giving, loving friend and a man of good character. I was with William when he met his wife and we went bowling together, saw movies and enjoyed dinners with our wives. As a kid we spent most of our days reading comic books in William's house. William loved the X-men. William has been an extremely hard worker his entire life, always juggling around one or two jobs. I've known William to be a man of good character, an excellent father and devoted husband. I am the same age as William and we have gone through the changes of life as far as school, work and family. Through the S&l crisis, 2001 internet bubble and this recession we are going through I've always known William to be a stand up respectful man, devoted to his wife and family. I am a married man of 24 years and have two children; I have worked for the airlines since 1990 and know the responsibilities of being a husband and father. Whatever leniency that can be applied to Williams's sentence would be appreciated as he is a man of good character who has a wife and children who need him and depend on him.

Regards,

Joseph Mattera

Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Dear Honorable John Koeltl,

  My name is Peter Rizzi. I am a self-employed business owner. I first met William Masso when he introduced himself to me at my store on 4th avenue in Bay Ridge, back in 1996. I admired him because he would always stop in and make sure everything was OK. This gave me a tremendous sense of security. He had a genuine concern for my safety, as well as the members of the community. I always knew if I needed him, he would be there in a hurry. He even gave me his cell phone number, which made me feel even safer. He always kept me up to date with the neighborhood happenings and wrongdoings.
  A few years later, I had come to realize he was also my neighbor. I had seen him many times with his wife and children at school functions. I have known him to be a dedicated family man.
Sincerely,

Peter Rizzi

DONALD CHAPMAN

BROOKLYN, NY 11214

June 3, 2012

To: Honorable John G. Koeltl
    United States District Judge
    United States Court House

Dear Judge G. Koeltl:

My name is Donald Chapman and I am currently employed as a tow truck driver. I know William for a good number of years, 10 to be exact. I met William when I used to work for Ridge authorized tow company. William has always been a role model someone that I look up to that is why whenever I had a problem or needed advice I would call on William to ask him for his advice. When I had a problem on the highway with a disgruntled customer and I had to call the NYPD and William was the officer who came on the call, it was handled in a professional manner. When it came to working for the city William offered me good advice also in becoming a police officer. William always made sure that when I had a difficult task in hooking up a car he was right there to make sure that I was safe. So many difficult tasks that I had with drivers on the highway that could have become a big problem but when William was around he would make sure that I did not have a big problem. If I was in the middle of a tow in a bad area and William was around he would make sure that the tow would go smoothly. In my personal life when I needed advice about court and me raising my son alone I would turn to William for advice. I could say more of what my friend has done for me. I am just so glad that I met a good person like William. He is a very devoted and loyal friend to me and my family.

Sincerely,

*Donald Chapman*

Donald Chapman

June 14, 2012

Honorable John G. Koeltl
United States District Judge
United States Court House
Southern District Of New York
500 Pearl Street Room 1030
New York, New York 10007

My name is Anthony Rinaldy. I am a proprietor of the Pearl Room restaurant located on _____ in Brooklyn

I know officer Masso for seven years now. He has always been a well respected Police officer in my community.

We were very proud and impressed with officer Masso when he made an arrest on Third Ave. after someone broke into a car six years ago. When we praised Officer Masso he immediately cut us off and said that he was just doing his job. Officer Masso left his number with me and the rest of the store owners in case a problem arose.

About a year ago I recieved a phone call that my door was left open to my restaurant. I immediately thought of officer Masso and called him so he could go to my restaurant and check that everything was o.k. At the time I was living in Staten Island which is 45 minutes away from my restaurant in Bay Ridge. Officer Masso went to my restaurant with his partner and waited till I got there to lock the door. I apparently left the door open by accident. It was nice to know that officer Masso was there to help me.

As a store owner I felt very comfortable seeing the way Officer Masso was patrolling our community. I always felt safe and calm leaving my restaurant because I knew officer Masso would be there protecting our streets.

One thing I could say about officer Masso is that he was an excellent cop. He always did the right thing and made an extra effort to do his duty as a police officer, thats why we always felt comfortable leaving our businesses to go home late at night.

Your Honor, we always felt Officer Masso would always go an extra mile to protect our businesses. Officer Masso was an excellent cop and will be missed in our community.

Sincerely

Anthony Rucci

To the Honorable Judge Koeltl,

My name is Evan Sorongon. I am a student at Kingsborough Community College. I have been a close family friend to William Masso for about seven years now. You can consider me as a nephew. I am always at his sister Hopes house with his two nephew's Carl and Mike. From being around their family for such a long time, ive come to realize that Billy is always the go to man in their family. Always helping with what needs to be done, going an extra mile with whatever is asked of him, and always has an open ear to those who are in need.

As he is always their for his family he has also been their for me when I was not in a good state. I used to hang out with kids who were always in trouble. Billy knew of this and always tried to guide me into the right path. Although I never listened, he never stopped trying to make me realize that what I was doing was wrong. I remember one day I was in the park and those kids I was with were doing things that could have seriously ruined my life. As Billy was driving he saw me. He immediately turned around, stormed out of his car, and dragged me out of there like I was his own son. We then both sat in his car for about two hours. He was explaining to me the importance of not being a follower and to only improve myself. What I was doing was

only setting myself up for failure and Billy helped me realize that. From that day faward I have kept myself out of trouble and always turn to him for any guidance I may need.

Billy is a sweet humble man and by seeing his on a day to day basis I can see that he knows he made a mistake. Watching him through this whole situation I can see the regret in his eyes and I know he would take it all back in a second if he had the chance. I see the devastation he and his family is going through but they are sticking through it like the strong family they are.

Your Honor, I know that this letter won't change any decisions that have or will be made but please know that Billy is a good, family man and he will never change his heart. Please be fair on his sentence not to him, but to his family and all that he has impacted positively.

Sincerely,

Evan Scogon

July 14, 2012

To Whom It May Concern:

My name is Oronzo Candido, I am a Sanitation worker and I am writing this letter in connection with the sentencing of William Masso regarding his guilty plea. I have known William Masso for approximately 10 years and consider him one of my closest friends. My experience in our friendship has been that William is an honorable person of good character. William is a police officer and has been known to calm me down in awkward situations that may have gotten me in trouble.

He has been a good friend and mentor when I needed advise. At times, we have gone out with other friends and William will be gracious and pay for everyone. As long as I've known William, he has been a devoted and concerned father, brother and uncle, police officer and a member of the community.

William is respected in the community for his ethical standards. He is also actively concerned with his friends and family. This is the man I've grown to respect and love. I know that with William, I will have a friend for life.

Respectfully yours,

*Oronzo Candido*
Oronzo Candido

United States District Court
United States Courthouse
Southern District of New York
500 Pearl Street – Room 1030
New York, New York   10007

Your Honor,

    I write to you with the understanding of the impending situation at hand regarding William Masso. I also write to you in William Masso's behalf as a family friend of 13 years.

    In September of 1999, I first met William, his wife Lenore and their children when our older children began Pre-kindergarten together. From that first day to the present day, I have known William to be an involved parent. Over the years our lives have been intertwined with many common threads one of which, and the most important being our children.

    Family has always been important to William, as this is evident in the close familial bonds he shares with his parents, siblings, niece and nephews. He is always there to run an errand, lend a hand or just lend an ear and a shoulder if it is needed.

    I know William to be a present and active father in his own children's life. Their happiness, a stable home and academic success is of extreme importance to both William and Lenore. Through the years William has always attended school functions such as award ceremonies, school plays, graduations and even class trips when needed.

    William's children are all bright, motivated individuals who thrive in school and exceed many of their parent's expectations. Their achievements thus far are a constant source of pride for a father who loves his children and truly wants the best for them.

    Throughout the current situation, William has stayed positive for his children. The task of keeping the children unscathed from all of the rippling effects of the events can be crippling at times. I have seen the family struggles they have encountered thus far and know there are more to come. Through Williams strong sense of family , his children have gained strength and have learned it's value. This lesson does not come from a book, it comes from living it.

Thank You,

*Stefanie A. Pontone*
Stefanie A. Pontone

June 16, 2012

To Honorable John G Koeltl:

I am writing to you regarding William Masso. I am aware of the circumstances of Williams case and that he has pleaded guilty to charges brought against him. My name is Ann Tringali and have been friends with William for over 30 years. He and I were childhood friends lived in the same neighborhood and went to the same High School. As a child William was a very considerate, kind and caring individual. William was the person you went to for advice, he was a great listener and always made you feel better. Always had a kind word for everyone.

William and I remained friends through out our adult lives. His wife Lenore and I have become extremely close as a result of my frienship with William. There children are a result of what amazing parents they are. Our children went through school together and had a special bond. Our families have shared many ocassion together. During these times I have witnessed the love and Devotion William has for his children.

William has always been the best caring father he could be from school activites to even being one of his sons coaches on his little league team.

I have always known William Masso to be a great person. Always sweet, kind and compassionate. Anyone who knows William loves him. Your Honor thank you for taking the time for reading my heartfelt words on Williams behalf.

Sincerely,
Ann Tringali