







**Notice of Participation in The World Trade Center Rescue, Recovery or Clean-Up Operations**
233 Broadway—19th Floor, New York, NY 10279

This form is for any active, vested or retired member who participated in the World Trade Center Rescue, Recovery or Clean-Up Operations between September 11, 2001 and September 12, 2002. This form must be submitted to the Police Pension Fund by June 14, 2007. The form is for notification purposes only and does not constitute an application for retirement or reclassification pursuant to Chapter 93 of the Laws of 2005. In order to apply for retirement benefits, a separate application must be completed. If you have any questions please call 212-693-5100.

| Please fill in the following: | Date: / / |
|---|---|
| Name Printed (First—M.I.—Last) *William MASSO* | |
| Address: | *Brooklyn N.Y. 11234* |
| Tax Registry No. | Social Security No. *9871* |
| Home Telephone #: | Work Telephone #: |

- Are you currently an Active Member? If yes, please provide Command:

  *Yes   68pct*

- Are you currently Retired? If yes, please provide date of retirement:

- Are you currently a Vested Member? If yes, please provide the date you left City Service:

- Do you have a current/pending disability application?

  *No*

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

PLEASE CAREFULLY FOLLOW THE INSTRUCTIONS BELOW BEFORE SIGNING THIS FORM.

SIGN CERTIFICATION "A" ONLY IF YOU WORKED FOR AT LEAST 40 HOURS AT ONE OR MORE OF THE LISTED LOCATIONS AND THEN FILL OUT THE APPROPRIATE DATES AND DUTIES.

SIGN CERTIFICATION "B" IF YOU WERE UNABLE TO WORK 40 HOURS DUE TO A DOCUMENTED PHYSICAL INJURY RECEIVED AT THE WORLD TRADE CENTER SITE ON SEPTEMBER 11, 2001 OR SEP-TEMBER 12, 2001 ONLY. THEN LIST THE HOURS YOU WORKED AND DESCRIBE YOUR INJURY IN THE SPACE PROVIDED.

<u>REMINDER</u>: SIGN AND NOTARIZE THE APPROPRIATE CERTIFICATION AT THE END OF THE FORM.

# Slain Cop's Family Is Honored In Bay Ridge

**By Thomas Tracy**

The family of fallen Police Officer Kim Cassas returned to the neighborhood where their loved one once patrolled with both passion and dedication last Wednesday to receive a special award as the 10th anniversary of her murder nears.

The award handed down posthumously for a woman who continually smiled as she went about her job, even as her unraveling marriage would take an unexpected turn for the worse and end in her death, was the first honor given in a day



Meritorious Police Duty Awardees William Masso and Frank Perna pose with their families.



Deputy Inspector William Aubry, the commanding officer of the 68th Precinct (center) honored the memory of Police Officer Kim Cassas on the 10th Anniversary of her murder. Receiving the honor is Stephanie Cassas (third from left) as (from left) Captain Thomas Burns, Assistant Chief Joseph Fox and Kim's parents Jerry and Marlene look on.

Photos by Claudio Papapietro

filled with accolades at the 68th Precinct's Medal Day celebration, held at the Norwegian Christian Center at 1270 67th Street in Dyker Heights.

Cassas' sister, mother, father and stepfather were on hand to receive the award from Deputy Inspector William Aubry, the commanding officer of the 68th Precinct, as Assistant Chief Joseph Fox, the commanding officer of Patrol Borough Brooklyn South, looked on.

Police said that Cassas was murdered by her estranged husband John on January 13, 1996 in what was first believed to be a suicide.

Investigators later determined that her husband had stolen her gun, which he later used to kill her and then set the scene so it appeared she had taken her own life.

Police said that the shooting, which occurred in Bath Beach, took place in front of her son, who was only a few months old.

Officials said that after several months, Cassas' husband was charged with the crime and later convicted, said friends, who knew all along that she couldn't have killed herself.

Continued on page 31





# EXCELLENT POLICE DUTY

Outstanding Police Work Above and Beyond the Call of Duty

*Police Officer William Masso*

Deputy Inspector William Aubry
Commanding Officer, 68th Precinct

*Given at the 68th Precinct's Medal Day*
*Wednesday, May 4th 2005*



# MERITORIOUS POLICE DUTY

Awarded For Outstanding Police Work Involving Intelligent and Valuable
Police Service Demonstrating Special Faithfulness or Perseverance

## *Police Officer William Masso*

Given at the 68th Precinct's Medal Day
Wednesday, May 4th 2005

**Deputy Inspector William Aubry**
**Commanding Officer, 68th Precinct**



# MERITORIOUS POLICE DUTY

Awarded For Outstanding Police Work Involving Intelligent and Valuable
Police Service Demonstrating Special Faithfulness or Perseverance

*P.O. William Masso*

Given at the 68th Precinct's Medal Day
Wednesday, June 11, 2003

Deputy Inspector Matthew V. Pontillo
Commanding Officer, 68th Precinct