

**Certification of Line of Duty Injury/Authorization for Treatment**
PD 429-052 (12-06)

Medical Bills Number: 2011014235

Clinic: Robert E. Thomas Health Care Unit          Date: 7/22/2011
Doctor / Group Authorized: ANY PROVIDER

To Be Rendered To: MASSO WILLIAM                   Tax Number:
Social Security Number:                            LOD Injury On: Jul 21 2011

Diagnosis: INJURY TO (L) KNEE

Services Authorized:
    MRI (L) KNEE

Specific Questions to be answered by the above named Provider:

---

**NOTICE TO PROVIDER**

This Authorization is valid for 90 days after issuance.
UPON COMPLETION OF THE SERVICES RENDERED SUBMIT:
1) AN ORIGINAL BILL BEARING YOUR TAX ID
2) A LEGIBLE REPORT OF YOUR FINDINGS
3) THE ORIGINAL AUTHORIZATION (Copies can NOT be scanned)

---

Mail all THREE items to the NEW YORK CITY POLICE DEPARTMENT AT THE ADDRESS INDICATED BELOW:
    Robert Thomas Health Care Unit

    59-17 Junction Blvd - Room 1524
    Corona NY 11368

Payment will be made at New York State Compensation rates only.
This authorization is valid only for the Provider named above.
Payment will not be made unless the Three (3) items are forwarded as indicated above.

Bills for services rendered should be submitted in a timely fashion.


2011014235:::904475

                                                                    Chief Surgeon

http://medweb/NYPDMetastorm/89b.aspx?LOD=2011004745&Auth=2011014235          7/22/2011



Certification of Line of Duty Injury/
Authorization for Treatment
PD 429-052 (12-06)

Medical Bills Number: 2011017531

Clinic: Robert E. Thomas Health Care Unit                Date:    9/6/2011
Doctor / Group Authorized: DR. SCLAFANI

To Be Rendered To: MASSO WILLIAM                         Tax Number:
Social Security Number:                                  LOD Injury On: Jul 21 2011

Diagnosis: LEFT KNEE INJURY

Services Authorized:
        SECOND OPINION - Initial Visit plus X-Ray and 1 Follow Up Visit

Specific Questions to be answered by the above named Provider:

```
                    NOTICE TO PROVIDER

    This Authorization is valid for 90 days after issuance.
    UPON COMPLETION OF THE SERVICES RENDERED SUBMIT:
    1) AN ORIGINAL BILL BEARING YOUR TAX ID
    2) A LEGIBLE REPORT OF YOUR FINDINGS
    3) THE ORIGINAL AUTHORIZATION (Copies can NOT be
    scanned)
```

Mail all THREE items to the NEW YORK CITY POLICE DEPARTMENT AT THE ADDRESS INDICATED
BELOW:
        Robert Thomas Health Care Unit

        59-17 Junction Blvd - Room 1524
        Corona NY 11368

Payment will be made at New York State Compensation rates only.
This authorization is valid only for the Provider named above.
Payment will not be made unless the Three (3) items are forwarded as indicated
above.

Bills for services rendered should be submitted in a timely fashion.



2011017531:::904475

                                                                    Chief Surgeon

| | **ORTHOPEDIC ASSOCIATES, P.C.** | |
|---|---|---|
| 1660 EAST 14TH STREET<br>BROOKLYN, NY 11229<br>718-375-0011<br>718-375-3305 | | 942 FIFTH AVENUE<br>NEW YORK, NY 10021<br>212-734-4504<br>212-249-5463 |

## Progress Note

**DICTATING PHYSICIAN:**    Joseph D'Angelo, M.D.

**DATE:**    August 30, 2011

**PATIENT NAME:**    William Masso

**CHART NUMBER:**

The patient is evaluated post having sustained injury while on the job as a police officer when he was attempting to apprehend a propitiator and sustained an injury involving the left knee. There is a torn medial meniscus with chondromalacia of the patella. Guarded prognosis is explained. He understands that an operative arthroscopy is one of the options and he will consider other options including no treatment which he does not feel is a suitable option. He will return for this final decision in the next several days. At this time, a formal authorization is being requested from the carrier. The authorization of this is being requested just for an operative arthroscopy.

JD-tz/

```
-----------------------------------------------------------------------
** WORK COPY - NOT FOR MEDICAL RECORD **              Progress Notes
-----------------------------------------------------------------------
NOTE DATED: 07/21/2011 06:47   ED PATIENT DISCHARGE INSTRUCTIONS
VISIT: 07/21/2011 02:29 EMERGENCY DEPARTMENT
```

DIAGNOSIS

Syncope (Vasovagal);780.2

Knee Contusion;924.11


DISCHARGE INTRUCTIONS:
   return to ED if you have any concerns or symptoms return

You have been evaluated today by an independent healthcare provider practicing Emergency Medicine. In most cases follow-up care is recommended with your regular Doctor, HMO or Clinic within 2 days.


Follow Up With PMD: Your PMD in 1 Week(s)


MEDICATION RECONCILIATION


ALLERGIES
   No Known Allergies


HOME MEDICATIONS

1)  ROSUVASTATIN CA 20MG TAB
       Dosage: 20MG, Schedule: AT BEDTIME


MEDICATIONS GIVEN IN THE EMERGENCY DEPARTMENT

   No data available


MEDICATIONS PRESCRIBED UPON DISCHARGE

```
              ** THIS NOTE CONTINUED ON NEXT PAGE **
WORK COPY ========== UNOFFICIAL - NOT FOR MEDICAL RECORD =========== DO NOT FILE
MASSO,WILLIAM                 LUTHERAN MEDICAL CENTER   Printed:07/21/2011 07:00
0000715311 DOB:              Pt Loc: OUTPATIENT              Ph:
=========================== CONFIDENTIAL INFORMATION ===========================
```

```
------------------------------------------------------------|------------------
** WORK COPY - NOT FOR MEDICAL RECORD **                    | Progress Notes
------------------------------------------------------------|------------------
07/21/2011 06:47      ** CONTINUED FROM PREVIOUS PAGE **
```

If the symptoms worsen or new symptoms develop return to the Emergency
Department (ED) immediately. Call your doctor for additional questions.

RN Signature                              Patient signature

            Signed by: /es/ ANGELA CABA
                       PHYSICIAN
                       07/21/2011 06:49

```
WORK COPY ========== UNOFFICIAL - NOT FOR MEDICAL RECORD =========== DO NOT FILE
MASSO,WILLIAM              LUTHERAN MEDICAL CENTER    Printed:07/21/2011 07:00
0000715311                    Pt Loc: OUTPATIENT            Ph:
========================== CONFIDENTIAL INFORMATION ===========================
```